**Opinion filed February 28, 2013**



# In The

# Eleventh Court of Appeals

_____

## No. 11-12-00254-CV

_____

## EX PARTE DAVID PAUL SYDOW

**On Appeal from the 70th District Court**

**Ector County, Texas**

**Trial Court Cause No. A-133,480**

### M E M O R A N D U M   O P I N I O N

David Paul Sydow is the appellant in this appeal. He has filed a "notice to withdraw" his appeal that constitutes a motion to dismiss the appeal pursuant to Tex. R. App. P. 42.1(a)(1). In the motion, Appellant states that he is asking the court "to stop all proceedings at this time." Therefore, in accordance with Appellant's request, we dismiss the appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

February 28, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.